**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 02-6309**

————————————

ADEMOLA JACOBS,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

————————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-01-1843-CCB)

————————————

Submitted: April 18, 2002       Decided: April 30, 2002

————————————

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Ademola Jacobs, Appellant Pro Se. Richard Charles Kay, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ademola Jacobs appeals the district court's order denying his motion for return of an automobile seized by the government. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Jacobs, No. CA-01-1843-CCB (D. Md. filed Jan. 31, 2002; entered Feb. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED